# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS TATE,** : | |
| a/k/a/ MARCUS TAITE, | |
| a/k/a DRELIJAH MUHAMMAD, : | |
| AIS # 180664, | |
| : | CIVIL ACTION 10-00257-KD-M |
| **Plaintiff,** | |
| : | |
| vs. | |
| : | |
| **STATE OF ALABAMA, et al.,** | |
| : | |
| **Defendants.** | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 21, 2010, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **4th** day of **August 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**